**Ryan Ray CORMAN, Plaintiff–Appellant**

v.

**Jonathan BYERS, Assistant State Attorney General; Loralyn Waltz, Probation Agent, NDDOCR P & P; Wade Price, Probation Agent; Chad Torgeson, Probation Agent; Jim Vigness, Detective, GFPD, Defendants–Appellees.**

No. 13–3679.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2014.

Filed: July 9, 2014.

1. The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the

Ryan Ray Corman, Jamestown, ND, pro se.

Douglas Alan Bahr, Attorney General's Office, Bismarck, ND, Ronald F. Fischer, Daniel L. Gaustad, Joseph E. Quinn, Pearson & Christensen, Grand Forks, ND, for Defendants–Appellees.

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ryan Ray Corman appeals from the order of the District Court [1] granting summary judgment to defendants on his civil rights claims related to his classification as a sex offender and his civil commitment. We have carefully reviewed the record and the parties' arguments on appeal, and we affirm for the reasons stated by the District Court. *See* 8th Cir. R. 47B. We deny Corman's motion for appointment of counsel.

District of North Dakota.